USCA1 Opinion

 

 November 10, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1537 JOSEPH DESFONDS, Petitioner, Appellant, v. COMMONWEALTH OF MASSACHUSETTS, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. A. David Mazzone, U.S. District Judge] ___________________ ____________________ Before Breyer, Chief Judge, ___________ Torruella and Selya, Circuit Judges. ______________ ____________________ Richard M. Passalacqua on brief for appellant. ______________________ Scott Harshbarger, Attorney General, and Elisabeth J. Medvedow, _________________ ______________________ Assistant Attorney General, on brief for appellee. ____________________ ____________________ Per Curiam. After carefully reviewing the parties' __________ briefs and the record, we find that this appeal does not present a substantial question. See Local Rule 27.1. As a ___ result, the judgment of the district court is summarily affirmed for essentially the reasons set forth in its ________ thorough Memorandum and Order dated April 9, 1993.